## STEPHEN MACK *versus* BENJAMIN CHITTENDEN

JOURNAL ENTRIES (1821–23): *Journal 3:* (1) Continued *p. 221; (2) plea of non assumpsit, verbal notice of set off *p. 334; (3) discontinued *p. 386.
PAPERS IN FILE: (1) Precipe for capias and affidavit for bail; (2) capias and return; (3) declaration.

*Office Docket*, MS p. 103, c. 2. (Case 54 of 1820) Recorded in *Book B*, MS pp. 218–20.